IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-6058-CV-SJ-ODS |
| ) | |
| FOUR SEASONS INDUSTRIES, INC. ) | |
| T/A FOUR SEASONS LAWN AND ) | |
| LANDSCAPING, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER DISMISSING YP TEXAS REGION YELLOW PAGES LLC, f/k/a
SOUTHWESTERN BELL YELLOW PAGES, INC. WITHOUT PREJUDICE

The United States and YP Texas Region Yellow Pages LLC, f/k/a Southwestern Bell Yellow Pages, Inc. ("Yellow Pages") have moved (Doc. #60) for an order dismissing Yellow Pages as a party defendant without prejudice from the above-captioned case.

Upon consideration of the Motion and for good cause shown, this Court ORDERS that:

1. Yellow Pages and the United States' Motion to Dismiss Yellow Pages as a party defendant is Granted.
2. Yellow Pages has no interest in the real property referenced in the Complaint and located at 403 East Street in Parkville, Missouri (the "Parkville Property") and has no interest in the proceeds from the sale of the Parkville Property.
3. Yellow Pages is dismissed as a party defendant without prejudice from the above-captioned case.
4. The United States and Yellow Pages shall bear their own costs and expenses (including any attorney's fees) incurred in this matter.

IT IS SO ORDERED.

DATE: October 29, 2014

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT